UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CARLOS DIAZ RAMIREZ,

       Petitioner,

v.                                                             Case No. 3:26-cv-1138-MMH-PDB

GARRETT RIPA, et al.,

       Respondents.

_____

## **ORDER**

Petitioner's request for dismissal of his case (Doc. 4) is **GRANTED**. This

case is **DISMISSED without prejudice**. The **Clerk** shall terminate any

pending motions and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 26th day of May,

2026.

**MARCIA MORALES HOWARD**
United States District Judge

Jax-9 5/26
c:     Counsel of Record